AO 246A (Rev. 01/09) Order of Discharge and Dismissal Under 18 U. S. C. § 3607(a)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>ALEXANDER CIGALE<br>*Defendant* | )<br>)  Case No. 16-9399<br>)<br>)<br>) |

**ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U. S. C. § 3607(a)**

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:** The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date: 6/4/2020
Nunc pro Tunc
2/8/18

_Judge's signature_

Honorable Anthony R. Mautone, USMJ
*Printed name and title*

---

**Order Directing that Official Records be Expunged**

The record shows that the defendant was less than 21 years of age when the offense was committed.

**IT IS ORDERED:** All references to the defendant's arrest for this offense, and the institution of proceedings in this case and their results, must be expunged from all official records (except the nonpublic records kept by the Department of Justice under 18 U.S.C. § 3607(b)).

Date: _____

_____
*Judge's signature*

_____
*Printed name and title*